

# Fourth Court of Appeals

## San Antonio, Texas

August 19, 2020

04-20-00404-CV

**IN RE** Aaron Michael **COOK**

Original Proceeding[1]

**ORDER**

On August 12, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 19, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019EM501414, styled *In the Interest of B.M.C., a Child*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable Norma Gonzales signed the order at issue in this original proceeding.